#300004457

Name: Tracy Nixon Pro Se
Address: 4939 ASHBrook Road Dallas Texas 75229
Telephone: 214.286-1739
cafealmegal at gmail.com

ORIGINAL

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 JUL 21 PM 4:15

DEPUTY CLERK MS

# UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT of Texas Dallas DIVISION

Tracy Nixon
_____
(Full Name)
PLAINTIFF

vs.

Dallas County Texas
_____

_____

_____

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

**3-23CV1600-E**
CIVIL NO._____
(Supplied by Clerk)

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. [●] 42 U.S.C. §1983
   b. [ ] 42 U.S.C. §1985
   c. [ ] Other (Please Specify) _____

2. NAME OF PLAINTIFF  Tracy Nixon
   IS A CITIZEN OF THE STATE OF _____

   PRESENT MAILING ADDRESS:  4939 ASHBrook Road Dallas Texas 75215

3. NAME OF FIRST DEFENDANT **Dallas County Texas**
   IS A CITIZEN OF **Dallas Texas**
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✓] NO [ ]   If your answer is "YES" briefly explain.

   **Defendant was at all times and in all Matters acting under color of state law when subjected Tracy Nixon to the wrongs and Injuries**

4. NAME OF SECOND DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [ ] NO [ ]   If your answer is "YES" briefly explain.

   _____
   _____
   _____

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)
   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

Case 3:23-cv-01600-E-BN  Document 2  Filed 07/18/23  Page 3 of 9  PageID 5

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☐ NO ☐  If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                         (city and State)

   IS EMPLOYED AS _____ at _____.
                    (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ☐ NO ☐  If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   Tracy Nixon was incarcerated in the Dallas County Jail on June 1, 2023. Shortly thereafter, Tracy Nixon began experiencing cold sweats, fever, and back pain and vomiting uncontrollably.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: Defendant Caused Deprivation of Tracy Nixon rights to Due Process of law and Rights to be Free from Cruel or unusual Punishment.

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) Defendant abridged Tracy Nixon Rights and Privileges Secured to him by the Fourth, Eighth, and fourteenth amendments to the United States Constitution and By other laws of the United States, by failing to provide proper medical treatment, by failing to protect him and through Indifference to his medical Needs, In violation of 42 U.S.C. § 1983.

    b. (1) Count II: Defendant acted deliberate and failed to provide Emergency medical care reckless callous Indifference to the federal Protected rights.

    (2) Supporting Facts: On June 2, 2023 or About June 3, 2023 Tracy Nixon slipped In the shower and requested Medical Attention Tracy Nixon did Not Get Medical treatment Defendant failed to Implement Policies, procedures, and Practices or Customs.

    c. (1) Count III: Defendant Prevented Tracy Nixon From receiving medical Services and medication

(2) Supporting Facts: Tracy Nixon requested throug Inmate Services to See, A Doctor, Because of vomiting Blood and asked Sheriff Detention officer to See, Nurse or Doctor June 2, 2023. The Sheriff later transferred To Dallas County Jail Infirmary the Plaintiff., medical STAFF Refused Medication to Tracy Nixon And sent Plaintiff Back to Jail Cell on or about June 5, 2023 The Inmates Demanded Medical Care for Me.

**D. INJURY**

1. How have you been injured by the actions of the defendant(s)?

Defendant Immediate refusal to treat Symptoms of appendicitis resulted In An appendectomy Emergency operation On June 5, 2023 for gangrenous appendicitis Tracy Nixon remained In Parkland Memorial Hospital Intensive Care until June 12, 2023

**E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO [O] . If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

_____

_____

e. When did you file the lawsuit? _____
   Date    Month    Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ☐ / NO ☐. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

### F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief: Two Hundred Million Dollars Damages within the Jurisdictional limits of this Court for the Plaintiff Injuries Physical and Mental Pain and Suffering in the Past and Future, reasonable Past and Future Medical expenses Past and Future wage loss and Loss of Earning Capacity Past and Future Mental anguish Past and Future Physical disability Past and Future Physical disfigurement and loss of Appendix

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at <u>4415 S. Malcolm x Blvd Dallas TX 75215</u> on <u>July 18</u>, 20<u>23</u>
               (Location)                   (Date)

*[Signature]*
Signature
Tracy Nixon

United States District Court
For the Northern District
of Texas
Dallas Division

Tracy Nixon
Plaintiff

vs.

Dallas County Texas
Defendant

### Demand For Jury Trial

Plaintiff Tracy Nixon Make demand for A Jury Trial

Respectfully Submitted
Tracy Nixon Pro Se
4939 Ash Brook Road
Dallas Texas 75227
214-286-1739
rafealmegal at gmail.com


JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

3-23CV1600-E

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tracy Nixon

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

4939 Ashbrook Rd
Dallas Texas 75227

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
Dallas County, Texas

County of Residence of First Listed Defendant: Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
unknown

JUL 18 2023 MS
CLERK U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability / **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | **IMMIGRATION** 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights / 555 Prison Condition / 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. 1983

Brief description of cause: This case arises from Inmate Failing to be Provided medical care

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Two Hundred million dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: June 18, 2023

SIGNATURE OF ATTORNEY OF RECORD: Tracy Nixon Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____